UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE DEL TURCO, VINCENT DELAZZERO, THOMAS LANE and JAMES BARTALONE, as Trustees and Fiduciaries of the TILE LAYERS LOCAL UNION 52 PENSION, INSURANCE AND WELFARE, AND ANNUITY FUNDS, ROBERT WELTER, RONALD ADE, JAMES BARTALONE, JOSEPH CURVINO, JR., LOUIS FILIPPI and BRUCE DEL TURCO, as Trustees and Fiduciaries of the TILE FINISHERS LOCAL UNION NO. 77 OF NY & NJ PENSION, WELFARE AND ANNUITY FUNDS, JOHN J. FLYNN, LOUIS WEIR, DOMINIC SPANO, KENNETH LAMBERT, FRANK STUPAR, JAMES BOLAND, GERALD O'MALLEY, JOSEPH BRAMLETT, FRED KINATEDER, PAUL SONGER, CHARLES VELARDO, EUGENE GEORGE, MATTHEW AQUILINE, DAN SCHIFFER, GREGORY HESS and VINCENT DELAZZERO, as Trustees and Fiduciaries of the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION, HEALTH AND ANNUITY FUNDS and CHARLES HILL, as President of TILE, MARBLE & TERRAZZO LOCAL NO. 7 OF N.Y. & N.J., BAC, <br><br> Plaintiffs, <br><br> -against- <br><br> NATIVE TILE, MARBLE & TERRAZZO, <br><br> Defendant. | 04 CV 504 (FB)(CLP) <br><br> **DEFAULT JUDGMENT** |

The amended summons and the First Amended Complaint in this action having been duly served on the above-named defendant Native Tile, Marble & Terrazzo (the "Defendant"), and said Defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment.

NOW, on the motion of Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, attorneys for plaintiffs, it is hereby

ORDERED AND ADJUDGED, that plaintiffs BRUCE DEL TURCO, VINCENT DELAZZERO, THOMAS LANE and JAMES BARTALONE, as Trustees and Fiduciaries of the TILE LAYERS LOCAL UNION 52 PENSION, INSURANCE AND WELFARE, AND ANNUITY FUNDS, ROBERT WELTER, RONALD ADE, JAMES BARTALONE, JOSEPH CURVINO, JR., LOUIS FILIPPI and BRUCE DEL TURCO, as Trustees and Fiduciaries of the TILE FINISHERS LOCAL UNION NO. 77 OF NY & NJ PENSION, WELFARE AND ANNUITY FUNDS, JOHN J. FLYNN, LOUIS WEIR, DOMINIC SPANO, KENNETH LAMBERT, FRANK STUPAR, JAMES BOLAND, GERALD O'MALLEY, JOSEPH BRAMLETT, FRED KINATEDER, PAUL SONGER, CHARLES VELARDO, EUGENE GEORGE, MATTHEW AQUILINE, DAN SCHIFFER, GREGORY HESS and VINCENT DELAZZERO, as Trustees and Fiduciaries of the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION, HEALTH AND ANNUITY FUNDS, and CHARLES HILL, as President of TILE, MARBLE & TERRAZZO LOCAL NO. 7 OF N.Y. & N.J., BAC do recover of NATIVE TILE, MARBLE & TERRAZZO, the Defendant residing at 918 North Delsea Drive, Vineland, New Jersey 08360, delinquent contributions in the sum of $36,000.00 to the Local 52 Benefit Funds, delinquent contributions in the sum of $30,000.00 to the Local 77 Benefit Funds, delinquent contributions in the sum of $9,000.00 to the International Funds, liquidated damages in the sum of $8,400.00, interest in the sum of $26,136.00, attorneys' fees in the sum of $6,085.28 and court fee in the sum of $150.00, amounting in all to the sum of $115,771.28, plus interest at the legal rate in effect on the date of this judgment; and that the plaintiffs have execution therefor.

Judgment dated: 5/2/05

By: